Eastern District of Kentucky
FILED

MAY 21 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY

ANASTASIA INTERNATIONAL, INC.       )
a Kentucky corporation              )
                                    )
                                    ) Civil Action No.: 5:09-187
                                    )

IN RE:       APPLICATION FOR SUBPOENA UNDER 17 U.S.C. SEC. 512(h)
             (DIGITAL MILLENNIUM COPYRIGHT ACT)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Comes now the Plaintiff, Anastasia International, Inc., a Kentucky corporation, by counsel,

pursuant to 17 U.S.C. Sec. 512(h) (Digital Millennium Copyright Act) and respectfully submits this

Application for the issuance of a subpoena, without institution of litigation, against Internet Ideas,

Inc.  As grounds for this Application, Plaintiff states:

1.       Anastasia International, Inc is a Kentucky corporation duly authorized to conduct

business and is in good standing in the Commonwealth of Kentucky.  Anastasia International, Inc.

is the owner of valid copyrights, trademarks and service marks in and to the terms and phrases

"Anastasia International" , "Anastasia", and "Anastasiaweb".  Attached hereto and incorporated by

reference herein as Exhibit 1, is a copy of the Certificate of Registration issued by the United States

Patent and Trademark Office evidencing the service mark for "ANASTASIAWEB."  Attached

hereto and incorporated by reference herein as Exhibit 2, is a copy of the online registration record

of the United States Patent and Trademark Office evidencing registration of the trademark and

service mark "ANASTASIA".

2.     The Defendant, Internet Ideas, Inc. has been given prior notice, required by 17 U.S.C. Sec. 512 (c)(3)(A), of alleged copyright infringement posted on its internet service.

A true and correct copy of the notice letter sent to Defendant on April 15, 2009, via certified mail, return receipt requested, is attached hereto and incorporated by reference herein as Exhibit 3.  A true copy of the green postal return receipt card, signed by a representative of the Defendant, is attached hereto and incorporated by reference herein as Exhibit 4.

A true copy of the notice letter sent to Defendant by email is attached hereto and incorporated by reference herein as Exhibit 5.

A true and correct copy of the supplemental notice letter sent to Defendant on April 29, 2009, via certified mail, return receipt requested, is attached hereto and incorporated by reference herein as Exhibit 6.  A true copy of the green postal return receipt card, signed by a representative of the Defendant, is attached hereto and incorporated by reference herein as Exhibit 7.

A true copy of the supplemental notice letter sent to Defendant by email is attached hereto and incorporated by reference herein as Exhibit 8.

3.     The purpose for which the subpoena is sought is to obtain the identity of an alleged copyright infringer and such information will only be used for the purpose of protecting Plaintiff's rights under the Digital Millennium Copyright Act.  The sworn declaration attesting to same, as required by 17 U.S.C. Sec. 512(h), signed by the President of Anastasia International, Inc., is attached hereto and incorporated by reference herein as Exhibit 9.

4.     A proposed Subpoena is submitted herewith.

## VERIFICATION

I, Roland P. Merkel, of Roland P. Merkel, P.S.C., counsel for Anastasia International, Inc., hereby declare under penalty of perjury, that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge, and belief, pursuant to 28 U.S.C. 1746(1). Executed and Dated: May 20, 2009

Signed:

Roland P. Merkel
Roland P. Merkel, P.S.C.
269 West Main Street, Suite 600
Lexington, KY 40507
(859) 263-1123
Attorney for Anastasia International, Inc.