

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 16 04:18:38 EDT 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: OR [Jump] to record: **Record 72 out of 82**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | ANASTASIA |
| Goods and Services | IC 016. US 002 005 022 023 029 037 038 050. G & S: magazines featuring profiles of unmarried Russian women. FIRST USE: 19940400. FIRST USE IN COMMERCE: 19940400 |
| | IC 042. US 100 101. G & S: social introduction agency service. FIRST USE: 19940400. FIRST USE IN COMMERCE: 19940400 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75027780 |
| Filing Date | December 4, 1995 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 6, 1997 |
| Registration Number | 2083092 |
| Registration Date | July 29, 1997 |
| Owner | (REGISTRANT) Anastasia, International, Inc. CORPORATION KENTUCKY 191 Broadway Bangor MAINE 04401 |
| Attorney of Record | PATRICK M TORRE |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070317. |
| Renewal | 1ST RENEWAL 20070317 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



EXHIBIT 2