# ROLAND P. MERKEL, P.S.C.

ATTORNEY AT LAW AND MEDIATOR

April 15, 2009

Internet Ideas, Inc.
4601 West Sahara, Suite L
Las Vegas, Nevada 89102

**Re:  Notice of Copyright Infringement**
**Anastasia International, Inc. and anastasiaweb.com**

Dear Sir or Madam:

I represent Anastasia International, Inc., a Kentucky corporation. This letter will serve as notification to your organization, pursuant to 17 U.S.C. §512 et seq., that there appears on your service, material that constitutes an infringement of my client's copyrighted property. Such material includes, but is not limited to, the registered word mark "Anastasia", and the registered word mark "anastasiaweb". The individual/entity posting such matters has attempted to skirt the law by misspelling these registered word marks. However, my client is widely known in the industry and the slight misspellings have no effect other than to direct attention to my client. Furthermore, there are numerous false, defamatory statements made on such service. You are also advised:

1. The copyrighted work at issue are the text, registered word mark "Anastasia", and the registered word mark "anastasiaweb", that appear at the following locations:

http://www.agencyscams.com/index.html
http://www.agencyscams.com/journalist.html
http://www.agencyscams.com/Blacklist.html
http://www.agencyscams.com/Why/anastasia-international.html
http://www.agencyscams.com/Why/Anastasiawebdating.html
http://www.agencyscams.com/Why/Anastasiaweb2.html
http://www.agencyscams.com/Why/Anastasiaweb.html
http://www.agencyscams.com/Alert.html

2. Location where the original copyrighted work exists:

http://www.anastasiaweb.com/
http://www.anastasia-international.com/?gclid=CMbWrbPLrpYCFRIcawodLUFILQ
http://www.anastasia-international.com/

3. My Contact Information: Roland P. Merkel, Roland P. Merkel, P.S.C., 269 West Main Street, Suite 600, Lexington, KY 40507, U.S.A. (859-263-1123); rolandmerkel@gmail.com.

---

*Reply to:*

☑ *269 West Main Street, Suite 600, Lexington, KY 40507   (859)263-1123*

☐ *649 Charity Court #2, Frankfort, KY 40601   (502)227-1123*



EXHIBIT 3

Contact Information of Copyright Owner: Anastasia International, Inc., 40 High Street, Suite #1, Bangor, Maine, U.S.A. 04401

4. Based on information provided to me by my client, Anastasia International, Inc., I have a good faith belief that use of the copyrighted materials described above on the allegedly infringing web pages is not authorized by the copyright owner, its agent, or the law.

5. Based on information provided to me by my client, Anastasia International, Inc., I swear, under penalty of perjury, that the information in the notification is accurate and that Anastasia International, Inc. is the copyright owner, and that pursuant to the attached copy of the notarized authorization document signed by the President of Anastasia International, Inc., I am authorized as attorney to act on behalf of the owner.

Demand is also made that you provide, without the necessity of a Federal Court subpoena under 17 U.S.C. §512, information pertaining to the identity of the individual/entity, including the name, address, and telephone number of same who has posted such materials, to allow my client to pursue directly its reasonable legal remedies.

Sincerely,

Roland P. Merkel
attachment
cc: Anastasia International, Inc.

To Whom It May Concern:

This letter will serve as Notice that Anastasia International, Inc., a Kentucky corporation in the United States of America, by and through the signature of its President herein below, authorizes Roland P. Merkel, Attorney at Law, of Roland P. Merkel, P.S.C., to act for and on behalf of the corporation to institute actions against any and all individuals, groups, or entities that have engaged in practices or acts that infringe on the copyrighted materials owned by this corporation, and may also provide Notice to any pertinent individuals, groups, or entities pursuant to the United States Code, in particular 17 U.S.C. §512 et seq.

I have reviewed the Notice Letter to which this Authorization is attached and swear, under penalty of perjury, that the information in the notification is accurate and that Anastasia International, Inc. is the exclusive copyright owner, and that I, as the corporation's president, am authorized to act in this matter on behalf of the corporation.

_____
Elena Sykes, President
Anastasia International, Inc.

State of Maine          )
                        ) ss:
County of Penobscot     )

The above and foregoing was sworn and subscribed to before me, and in my sight and presence by Elena Sykes, in her capacity as President of Anastasia International, Inc., this 15 day of October, 2008.

_____
Notary Public
My commission expires:

July 11th, 2014

