

roland merkel <rolandmerkel@gmail.com>

## Notice of Copyright Infringement/Demand for Information
1 message

**roland merkel <rolandmerkel@gmail.com>**  Wed, Apr 15, 2009 at 10:37 AM
To: info@internet-ideas.com

Internet Ideas, Inc.

4601 West Sahara, Suite L

Las Vegas, Nevada 89102

*Re: Notice of Copyright Infringement*

Anastasia International, Inc. and anastasiaweb.com

Dear Sir or Madam:

I represent Anastasia International, Inc., a Kentucky corporation. This letter will serve as notification to your organization, pursuant to 17 U.S.C. §512 et seq., that there appears on your service, material that constitutes an infringement of my client's copyrighted property. Such material includes, but is not limited to, the registered word mark "Anastasia", and the registered word mark "anastasiaweb". The individual/entity posting such matters has attempted to skirt the law by misspelling these registered word marks. However, my client is widely known in the industry and the slight misspellings have no effect other than to direct attention to my client. Furthermore, there are numerous false, defamatory statements made on such service. You are also advised:

1. The copyrighted work at issue are the text, registered word mark "Anastasia", and the registered word mark "anastasiaweb", that appear at the following locations:

http://www.agencyscams.com/index.html

http://www.agencyscams.com/journalist.html

http://www.agencyscams.com/Blacklist.html

http://www.agencyscams.com/Why/anastasia-international.html

http://www.agencyscams.com/Why/Anastasiawebdating.html

http://www.agencyscams.com/Why/Anastasiaweb2.html

http://www.agencyscams.com/Why/Anastasiaweb.html

http://www.agencyscams.com/Alert.html

2. Location where the original copyrighted work exists:

http://www.anastasiaweb.com/

http://www.anastasia-international.com/?gclid=CMbWrbPLrpYCFRIcawodLUFILQ

http://www.anastasia-international.com/

http://anastasiaweb.com

3. My Contact Information: Roland P. Merkel, Roland P. Merkel, P.S.C., 269 West Main Street, Suite 600, Lexington, KY 40507, U.S.A. (859-263-1123); rolandmerkel@gmail.com.

Contact Information of Copyright Owner: Anastasia International, Inc., 40 High Street, Suite #1, Bangor, Maine, U.S.A. 04401



EXHIBIT 5

4. Based on information provided to me by my client, Anastasia International, Inc., I have a good faith belief that use of the copyrighted materials described above on the allegedly infringing web pages is not authorized by the copyright owner, its agent, or the law.

5. Based on information provided to me by my client, Anastasia International, Inc., I swear, under penalty of perjury, that the information in the notification is accurate and that Anastasia International, Inc. is the copyright owner, and that pursuant to the copy of the notarized authorization document signed by the President of Anastasia International, Inc., attached to the hard copy of the letter sent this day by US Mail, I am authorized as attorney to act on behalf of the owner.

Demand is also made that you provide, without the necessity of a Federal Court subpoena under 17 U.S.C. §512, information pertaining to the identity of the individual/entity, including the name, address, and telephone number of same who has posted such materials, to allow my client to pursue directly its reasonable legal remedies.

Sincerely,

Roland P. Merkel

Roland P. Merkel, P.S.C.
269 West Main Street, Suite 600
Lexington, KY 40507