**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Internet Ideas, Inc.
    4601 West Sahara,
    Suite L
    Las Vegas, Nevada
    89102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AMALIA RAMIREZ

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 2810 0001 2728 4424

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT 7**