

roland merkel <rolandmerkel@gmail.com>

# Notice of Copyright Infringement
1 message

**roland merkel <rolandmerkel@gmail.com>**  Wed, Apr 29, 2009 at 3:23 PM
To: info@internet-ideas.com

*Re: Notice of Copyright Infringement*

Anastasia International, Inc. and anastasiaweb.com

Dear Folks:

I represent Anastasia International, Inc., a Kentucky corporation. This second letter will serve as notification to your organization, pursuant to 17 U.S.C. §512 et seq., that there appears on your service, material that constitutes an infringement of my client's copyrighted property. Such material includes, but is not limited to, the registered word mark "Anastasia", and the registered word mark "anastasiaweb". The individual/entity posting such matters has attempted to skirt the law by misspelling these registered word marks or reference to a "girlfriend". However, my client is widely known in the industry and the slight misspellings or attempts to be clever have no effect other than to direct attention to my client. Furthermore, there are numerous false, defamatory statements made on such service. You are also advised:

1. The undersigned, as attorney for Anastasia International, Inc., is and has been authorized to act on behalf of the corporation, and the corporation possesses the exclusive right that is being infringed.

2. The copyrighted work that is infringed appears at the following online sites:

http://www.anastasia-international-scam.com/index.html

http://www.anastasia-international-scam.com/dream-marriage.html

http://www.anastasia-international-scam.com/hotrussianbrides.html

http://www.anastasia-international-scam.com/rwglobe.html

http://www.anastasia-international-scam.com/army-of-brides.html

http://www.anastasiaweb-scam.com/

http://www.anastasiaweb-scam.com/dream-marriage.html

http://www.anastasiaweb-scam.com/hotrussianbrides.html

http://www.anastasiaweb-scam.com/rwglobe.html

http://www.anastasiaweb-scam.com/army-of-brides.html

http://www.anastasiaweb-scam.com/1st-international.html

http://www.scam-anastasia-international.com/



EXHIBIT 8

http://www.scam-anastasia-international.com/dream-marriage.html

http://www.scam-anastasia-international.com/hotrussianbrides.html

http://www.scam-anastasia-international.com/rwglobe.html

http://www.scam-anastasia-international.com/army-of-brides.html

http://www.scam-anastasiaweb.com/

http://www.scam-anastasiaweb.com/dream-marriage.html

http://www.scam-anastasiaweb.com/hotrussianbrides.html

http://www.scam-anastasiaweb.com/rwglobe.html

http://www.scam-anastasiaweb.com/army-of-brides.html

http://anastasia-international-scam.com/

3. Location where the original copyrighted work exists:

http://www.anastasiaweb.com/

http://www.anastasia-international.com/?gclid=CMbWrbPLrpYCFRIcawodLUFILQ

http://www.anastasia-international.com/

http://anastasiaweb.com

4. My Contact Information: Roland P. Merkel, Roland P. Merkel, P.S.C., 269 West Main Street, Suite 600, Lexington, KY 40507 (859-263-1123); rolandmerkel@gmail.com.

Contact Information of Copyright Owner: Anastasia International, Inc., 40 High Street, Suite #1, Bangor, Maine 04401

5. Anastasia International, Inc. has a good faith belief that use of the copyrighted materials described above on the allegedly infringing web pages is not authorized by the copyright owner, its agent, or the law.

6. Based on information provided to me by my client, Anastasia International, Inc., I swear, under penalty of perjury, that the information in the notification is accurate and that Anastasia International, Inc. Is the copyright owner, and that pursuant to the attached copy of the notarized authorization document signed by the President of Anastasia International, Inc., I am authorized as attorney to act on behalf of the owner.

Demand is also made for the identity of the individual/entity who has posted such materials, to allow my client to pursue reasonable action directly.

Sincerely,

Roland P. Merkel

attachment

cc: Anastasia International, Inc.

--
Roland P. Merkel, P.S.C.
269 West Main Street, Suite 600
Lexington, KY 40507
(859) 263-1123