## SWORN DECLARATION

STATE OF MAINE       )
                     ) SS:
COUNTY OF Penobscot  )

I, Elena Sykes, being of adult age and after having been duly sworn upon my oath depose and state:

1. I am the President of Anastasia International, Inc., a Kentucky corporation.

2. Anastasia International, Inc. is a corporation in good standing and authorized to conduct business from and within the Commonwealth of Kentucky.

3. I have authorized the attorney for Anastasia International, Inc., the Hon. Roland P. Merkel of Roland P. Merkel, P.S.C., whose office is located at 269 West Main Street, Suite 600, Lexington, KY 40507, to secure on behalf of the corporation, a U. S. District Court Subpoena under the provisions of 17 U.S.C. Sec. 512, for the sole purpose of obtaining the identity of an alleged copyright infringer, who has allegedly infringed on copyrights of Anastasia International, Inc., and which information will only be used for the purpose of protecting the corporation's rights under said Title.

Further affiant saith not.

_____
Elena Sykes, President
Anastasia International, Inc.

EXHIBIT 9

- 1 -

The above and foregoing was subscribed, sworn to and acknowledged before me, in my sight and presence, this __11__ day of May, 2009 by Elena Sykes in her capacity as President of Anastasia International, Inc.

_Allison Theriault_
Notary Public
My commission expires:

ALLISON E. THERIAULT
Notary Public
Maine
My Commission Expires Jul 20, 2014