# Civil Case Assignment

Case number **5:09CV-187**

Assigned : Judge Karen K. Caldwell
Judge Code : 4313

Assigned on 05/21/2009

[ Request New Judge ]