```
Court Name: U S DISTRICT COURT EDKY
Division: 5
Receipt Number: 5004257
Cashier ID: jseltsam
Transaction Date: 05/21/2009
Payer Name: Roland P. Merkel
--------------------------------
MISCELLANEOUS PAPERS
 For: Roland P. Merkel
 Case/Party: D-KYE-5-09-CV-000187-001
 Amount:         $39.00
--------------------------------
CHECK
 Check/Money Order Num: 3428
 Amt Tendered: $39.00
--------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:     $0.00

IN RE:   Digital Millennium
Copyright Act
```