AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| DIGITAL MILLENNIUM COPYRIGHT ACT<br>Plaintiff<br>v.<br>17 USC 512(h) SUBPOENA TO ONLINE SERVICE PROVIDER<br>Defendant | Civil Action No. 5:09-187<br>(If the action is pending in another district, state where:) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES**

To: INTERNET IDEAS, INC. c/o LEGAL FORMS+-registered agent
4601 WEST SAHARA, SUITE L, LAS VEGAS, NEVADA 89102

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Documents and all other materials sufficient to allow Anastasia International, Inc. to identify, by name, address, and other information, the person(s) or entity infringing on its copyrights, who posted information at the URL or online locations described in the attached letters of notification, Exhibits A and B.

| Place: Hon. Ryan Gile, Weide & Miller, Ltd.<br>5th Floor, Bank of Nevada Building<br>7251 W. Lake Mead Blvd, Suite 530, Las Vegas, NV 89128 | Date and Time:<br>06/15/2009 3:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 5/21/2009

CLERK OF COURT

*Jackie Littrim* D.C.                                    OR    _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Anastasia International, Inc.             , who issues or requests this subpoena, are:

Roland P. Merkel, Roland P. Merkel, P.S.C., 269 West Main Street, Suite 600, Lexington, KY 40507
rolandmerkel@gmail.com
(859) 263-1123